JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIA DEL ROSARIO TORRES CERVANTES,**<br>**Petitioner,**<br>**v.**<br>**WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,**<br>**Respondents.** | **NO. 5:26-cv-06799-KS**<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **GRANTED** and that relief is awarded as set forth in the Court's Memorandum Opinion and Order.

DATED: November 17, 2026

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE